THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. PALMER, Appellant. (Appeal No. 2.) [751 NYS2d 809] —Appeal from a judgment of Cattaraugus County Court (Himelein, J.), entered January 8, 2001, which revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Palmer* ([appeal No. 1] 300 AD2d 1097). Present—Pigott, Jr., P.J., Green, Hayes, Scudder and Lawton, JJ.